IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALONZO BEEPOT and
JOANNE BEEPOT,

    Plaintiffs,

vs.                                            Case No. 3:10-cv-423-J-34TEM

J. P. MORGAN CHASE NATIONAL
CORPORATE SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF FILING AFFIDAVIT BY DEFENDANT IN OPPOSITION TO PLAINTIFF'S MEMORANDUM OF LAW REQUESTING A 56(a) MOTION FOR SUMMARY JUDGMENT

Defendant, J.P. Morgan Chase National Corporate Services, Inc., hereby gives notice of filing the Affidavit by Defendant in Opposition to Plaintiff's Memorandum of Law Requesting a 56(a) Motion for Summary Judgment attached hereto.

Dated this 15th day of August, 2011.

                                                  Respectfully submitted,

                                                  **GRAYROBINSON, P.A.**

                                                  /s/ Kenneth B. Jacobs
                                                  KENNETH B. JACOBS
                                                  Florida Bar No. 965080
                                                  kjacobs@gray-robinson.com
                                                  LESLIE R. DEAN
                                                  Florida Bar No. 15185
                                                  ldean@gray-robinson.com
                                                  50 N. Laura Street, Suite 1100
                                                  Jacksonville, Florida 32202
                                                  Telephone: 904-598-9929
                                                  Facsimile: 904-598-9109

2

>Counsel for Defendant, J.P. Morgan Chase National Corporate Services, Inc., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as Receiver

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to GORDON L. FENDERSON, The Fenderson Law Firm, 644 Cesery Boulevard, Suite 310, Jacksonville, FL 32211 *(Attorney for Plaintiffs)* on this 15th day of August, 2011.

/s/ Kenneth B. Jacobs
Attorney

\823538\203 - # 1137324 v1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALONZO BEEPOT and
JOANNE BEEPOT,

    Plaintiffs,

vs.                                          Case No. 3:10-cv-423-J-34TEM

J. P. MORGAN CHASE NATIONAL
CORPORATE SERVICES, INC.,

    Defendant.
_____/

## AFFIDAVIT BY DEFENDANT IN OPPOSITION TO PLAINTIFF'S MEMORANDUM OF LAW REQUESTING A 56(a) MOTION FOR SUMMARY JUDGMENT

STATE OF Florida

COUNTY OF Duval

    BEFORE ME, the undersigned authority, this day personally appeared Yvonne Brooks, who being first duly sworn, deposes and says:

1. I am Yvonne Brooks and I am over the age of eighteen. I have personal knowledge of all matters set forth herein.

2. I am the HL Sr. Research Specialist of JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver ("Chase"), and in such capacity, I am authorized to make this affidavit.

3. My position allows me access to the loan file, the billing and account records for the loan transaction (the "Loan Documents") between Plaintiffs Alonzo Beepot and Joanne Beepot (collectively the "Beepots"), and Chase.

4. I have reviewed the Loan Documents pertaining to the loan transaction between the Beepots and Chase. The information referenced in this affidavit comes from records of regularly conducted business activity by Chase. The information is derived from electronic records and paper documents made at or near the time by, or from information transmitted by, a person with knowledge. These electronic records and paper documents are kept in the course of a regularly conducted business practice.

5. Joanna Beepot was the only borrower on this loan, her husband Alonzo Beepot merely joined into the Mortgage and certain other documents as required by Real Estate Settlement Procedures Act.

6. From my review of the Loan Documents, the Loan Documents reflect that Joanna Beepot and Alonzo Beepot, as required, executed a complete closing package, including, but not limited to the following:

   a. Notice of Right to Cancel (Notice of Right to Rescind - General) that was executed by the Beepots;

   b. Truth in Lending Disclosure Statement executed by the Beepots, which among other things sets forth the payment schedule; and

   c. HUD-1 Settlement Statement executed by Joanna Beepot and the closing agent.

   (See Attached Exhibits)

7.  There is no indication from the Loan Documents that the Beepots did not receive these documents.

FURTHER AFFIANT SAYETH NAUGHT.

> JPMORGAN CHASE BANK, N.A. as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver
>
> By: *Yvonne Brooks*
> Its: HL Sr. Research Specialist

## VERIFICATION

STATE OF Florida
COUNTY OF Duval

I HEREBY CERTIFY that, before me, an officer duly authorized in the state and county aforesaid, to take acknowledgments, personally appeared Yvonne Brooks, the HL Sr. Research Specialist of JPMorgan Chase Bank, N,A,, who, after being duly sworn, deposes and says that he/she has personal knowledge of the facts recited in this affidavit and that the facts recited in this affidavit are true and correct.

WITNESS my hand and official seal in the County and State aforesaid this 15th day of August, 2011.

*Susan Kendall Foster*
Susan Kendall Foster
(NAME: Printed, Typed or Stamped)
Notary Public, State of Florida
My Commission Expires: 11-30-11

SUSAN KENDALL FOSTER
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD 713668
MY COMMISSION EXPIRES NOV. 30, 2011

3