NRTC  NOTICE TO CUSTOMERS REQUIRED BY FEDERAL LAW FEDERAL RESERVE REGULATION Z
NOTICE OF RIGHT TO RESCIND (GENERAL)

NOTICE OF RIGHT TO CANCEL

N14 _____    ACCOUNT NO.  3014327194-031
(Identification of Transaction)

### 1. Your Right to Cancel

You are entering into a transaction that will result in a (mortgage/lien/security interest) (on/in) your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is   08/17/07  ;
    or
(2) The date you received your Truth in Lending disclosures;
    or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the (mortgage/lien/security interest) is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the (mortgage/lien/security interest) (on/in) your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### 2. How to Cancel

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
WASHINGTON MUTUAL BANK, FA
1983 MARCUS AVENUE, SUITE 250, LAKE SUCCESS, NY 11402   516/355-4200

You may use any written statement that is signed and dated by you and states your intention to cancel, and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of   08/21/07
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____    _____
SIGNATURE                                     DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_Joanne A Beepot_           8/17/07      _____    _____
BORROWER/OWNER               DATE         BORROWER/OWNER             DATE
JOANNE A BEEPOT
_Alonzo Beypt_              8/17/07      _____    _____
BORROWER/OWNER               DATE         BORROWER/OWNER             DATE

-68 (0305)                      12/97
VMP Mortgage Solutions (800)521-7291

LTIL N14

**Washington Mutual**   TRUTH IN LENDING DISCLOSURE STATEMENT

| DATE | LOAN NUMBER |
|---|---|
| 08/16/07 | 3014327104-031 |

CUSTOMER NAME
JOANNE A BEEPOT

PRESENT ADDRESS
2420 DANIELS LENDING DR., ORANGE PARK, FL 32003

| ANNUAL PERCENTAGE RATE The Cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL of PAYMENTS The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.41981 % | $1,211,982.52 | $734,234.50 | $1,946,217.02 |

YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE MONTHLY, BEGINNING |
|---|---|---|
| 84 | 4,354.17 | 10/01/2007 |
| 275 | 6,726.34 | 10/01/2014 |
| 1 | 5,723.24 | 09/01/2037 |

VARIABLE RATE: YOUR LOAN CONTAINS A VARIABLE-RATE FEATURE, DISCLOSURES ABOUT THE VARIABLE-RATE FEATURE HAVE BEEN PROVIDED TO YOU EARLIER.

SECURITY: You are giving a security interest in:
☐ the goods or property being purchased.
☒ 2420 DANIELS LANDING DR.
   ORANGE PARK, FL 32003

FILING FEES: Fees paid to government officials with respect to security instrument.   $210.00

LATE CHARGE: If a payment is late, you will be charged __5.000 %__ of the payment.

ASSUMPTION: Someone buying your house  ☒ can, subject to conditions and under certain circumstances  ☐ cannot assume the remainder of the mortgage on the original terms.

PREPAYMENT: If you pay off early, you:
☐ May  ☒ will not   have to pay a penalty
☐ May  ☒ will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

e means estimate

You may obtain property insurance from anyone you want that is acceptable to __WASHINGTON MUTUAL BANK, FA__ (the "Lender").

☐ Estimated Disclosure-All numerical disclosures, except late payment disclosure, are estimates.
☒ Final Disclosure
☐ Itemization of Amount Financed attached.

I acknowledge receipt of a copy of this Disclosure Statement and have not yet signed any documents evidencing or securing this proposed loan.

_Joanne A Beepot  2-17-07_                                              _____
JOANNE A BEEPOT                Date                                      Date

_Alonzo Beepot   8-17-07_                                                _____
                               Date                                      Date

1475 (07-04)                                                     LTL10USA (VERSION 11.0)

| A. Settlement Statement | U.S. Department of Housing and Urban Development | | OMB Approval No. 2502-0265 |
|---|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☑ Conv. Unins. 4. ☐ VA  5. ☐ Conv. Ins. | 6. File Number: NFL-1018963 | 7. Loan Number: 3014327104 | 8. Mortgage Insurance Case Number: |
|---|---|---|---|

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: JOANNE A. BEEPOT 2420 DANIELS LANDING DRIVE, ORANGE PARK, FL 32003 | E. Name & Address of Seller: | F. Name & Address of Lender: WASHINGTON MUTUAL 1983 MARCUS AVE, LAKE SUCCESS, NY 11042 |
|---|---|---|

| G. Property Location: 2420 DANIELS LANDING DRIVE, ORANGE PARK, FL 32003 (CLAY) | H. Settlement Agent: NETCO: FLORIDA 4500 SALISBURY ROAD, SUITE 190, JACKSONVILLE, FL 32216 | |
|---|---|---|
| | Place Of Settlement: 4500 SALISBURY ROAD, SUITE 190, JACKSONVILLE, FL 32216 | I. Settlement Date / Disbursement Date 8/17/2007 / 8/22/2007 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (line 1400) | $88,484.90 | 403. | |
| 104. Net Payoff to Bank of America | $395,720.30 | 404. | |
| 105. Net Payoff to Bank of America | $202,675.66 | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | $686,880.86 | 420. Gross Amount Due To Seller | |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or Earnest Money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan | $760,000.00 | 502. Settlement Charges to Seller (line 1400) | |
| 203. Existing loan taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | $760,000.00 | 520. Total Reduction Amount Due Seller | |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount Due From Borrower (line 120) | $686,880.86 | 601. Gross Amount Due To Seller (line 420) | |
| 302. Less Amounts Paid By/For Borrower (line 220) | $760,000.00 | 602. Less Deduction in Amt. Due To Seller (line 520) | |
| 303. Cash ☐ From ☑ To Borrower | $73,119.14 | 603. Cash ☐ To ☐ From Seller | $0.00 |

| L. Settlement Charges | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price @ = | | |
| Division of Commission (line 700) as follows: | | |
| 701. | | |
| 702. | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| 800. Items Payable in Connection With Loan | | |
| 801. Loan Origination Fee to East Coast Equity Funding Corporation | $14,060.00 | |
| 802. Loan Discount to Washington Mutual | $7,600.00 | |
| 803. Appraisal Fee to Florida Certified Appraisals Inc (POC $800.00 by Borrower) | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 809. Funding and Review Fee to Washington Mutual | $355.00 | |
| 810. Tax Service Fee to Washington Mutual | $81.00 | |
| 811. Payment Processing Fee to Washington Mutual | $200.00 | |
| 812. Wire Transfer Fee to Washington Mutual | $35.00 | |
| 813. Flood Determination Fee to LandAmerica Tax & Flood Service | $8.00 | |
| 814. Processing Fee to East Coast Equity Funding Corporation | $595.00 | |
| 815. Application Fee to East Coast Equity Funding Corporation | $595.00 | |
| 900. Items Required By Lender To Be Paid In Advance | | |
| 901. Interest from 8/22/2007 to 9/1/2007 @ 143.1500/day to | $1,431.50 | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium for 12.00 months to State Farm (POC $1,911.90 by Borrower) | | |
| 1000. Reserves Deposited With Lender | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1008. Aggregate accounting adjustment | | |
| 1100. Title Charges | | |
| 1101. Settlement or closing fee to Netco: Florida | $200.00 | |
| 1102. Abstract or title search to Netco: Florida | $200.00 | |
| 1103. Title examination to Netco: Florida | $175.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary fees | | |
| 1107. Attorney's fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance to Netco: Florida - Lender's Coverage / - Owner's Coverage | $3,875.00 | |
| (includes above item numbers: ) | | |
| 1109. Lender's coverage $760,000.00 Premium $3,875.00 | | |
| 1110. Owner's coverage Premium $0.00 | | |
| 1111. See Addendum 1111 | $387.50 | |
| 1200. Government Recording and Transfer Charges | | |
| 1201. Recording fees: Deed ;Mortgage $180.00;Release ; | $180.00 | |
| 1202. County tax/stamps: Deed ;Mortgage $1,520.00; | $1,520.00 | |
| 1203. State tax/stamps: Deed ;Mortgage $2,660.00; | $2,660.00 | |
| 1204. City tax/stamps: Deed ;Mortgage ; | | |
| 1300. Additional Settlement Charges | | |
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1305. POA to BOA | $24,408.21 | |
| 1306. POA to BOA | $9,058.00 | |
| 1307. POA to Home Depot | $2,543.53 | |
| 1308. POA to Marquis MC | $9,568.16 | |
| 1309. POA to Barclays Bank | $8,749.00 | |
| 1400. Total Settlement Charges (enter on line 103, Section J and 502, Section K) | $88,484.90 | $0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief it is true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

BUYERS                                                              SELLERS

*Joanne A Beepot*
JOANNE A. BEEPOT

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or I will cause the funds to be disbursed in accordance with this statement.

Settlement Agent
Date 08/17/2007

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

Loan   3014327104   File   NFL-1018963   Page 2 of 3

Supplemental Page
HUD-1 Settlement Statement

| Addendum for 1100. Title Charges | | Buyer | Seller |
|---|---|---|---|
| Addendum 1111 | | | |
| a. ALTA 8.1 (Environmental Protection Lien) Endorsement(s) to Netco: Florida | | $0.00 | |
| b. FL Form 9 Endorsement Endorsement(s) to Netco: Florida | | $387.50 | |
| | Total: | $387.50 | $0.00 |